**DISMISS; and Opinion Filed January 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01006-CV

## MICHAEL CHRANE, Appellant
## V.
## JOSH BIRMINGHAM & TED LYONS AND ASSOCIATES, P.C, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-00039-B**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice Fillmore

The clerk's record in this case is overdue. By letter dated December 21, 2013 we informed appellant that the County Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE


131006F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL CHRANE, Appellant

No. 05-13-01006-CV     V.

JOSH BIRMINGHAM & TED LYONS
AND ASSOCIATES, P.C, Appellees

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-12-00039-B.
Opinion delivered by Justice Fillmore.
Justices FitzGerald and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees JOSH BIRMINGHAM & TED LYONS AND ASSOCIATES, P.C recover their costs of this appeal from appellant MICHAEL CHRANE.

Judgment entered this 29th day of January, 2014.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE

–3–